

Darren W. Saunders (DS 0456)
Mark I. Peroff (MP 6858)
Joanna A. Diakos (JD 7269)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Plaintiffs Cerveceria Modelo, S.A de C.V.
and Marcas Modelo, S.A. de C.V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CERVECERIA MODELO, S.A. DE C.V. and
MARCAS MODELO, S.A. DE C.V.,

                      Plaintiffs,

   -against-

USPA ACCESSORIES LLC d/b/a CONCEPT ONE
ACCESSORIES,

                      Defendant.
-----------------------------------------------------------X

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Civil Action No. 

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs Cerveceria Modelo, S.A. de C.V. ("Modelo") and Marcas Modelo, S.A. de C.V. ("Marcas Modelo") (together "Plaintiffs") hereby certifies that Plaintiffs' parent companies are Diblo, S.A. de C.V. and Grupo Modelo, S.A.B. de C.V., and (2) there is no publicly traded company that owns ten percent or more of the stock of either party.

Plaintiffs acknowledge that they are obligated to promptly file a supplemental statement

NY-554491 v1

upon any change in the information that this statement requires.

Dated: New York, New York
      September 12, 2007

                                                KIRKPATRICK & LOCKHART
                                                PRESTON GATES ELLIS LLP

                                                _____
                                                Darren W. Saunders (DS 0456)
                                                Mark I. Peroff (MP 6858)
                                                Joanna A. Diakos (JD 7269)
                                                599 Lexington Avenue
                                                New York, New York 10022
                                                Telephone: 212-536-3900
                                                Facsimile: 212-536-3901

                                                *Attorneys for Plaintiffs*