AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

CERVECERIA MODELO, S.A. DE C.V.
and MARCAS MODELO, S.A. DE C.V.

**APPEARANCE**

v.

USPA ACCESSORIES LLC d/b/a
CONCEPT ONE ACCESSORIES

Case Number: 07-7998

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT.

I certify that I am admitted to practice in this court.

10/11/2007
Date

*[signature]*
Signature

IRA DANIEL TOKAYER, ESQ.   2001162
Print Name   Bar Number

42 West 38th Street, Suite 802
Address

New York   NY   10018
City   State   Zip Code

(212) 695-5250   (212) 695-5450
Phone Number   Fax Number