%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CERVECERIA MODELO, S.A. DE C.V. and
MARCAS MODELO, S.A. DE C.V.

V.

USPA ACCESSORIES LLC d/b/a CONCEPT
ONE ACCESSORIES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 7998

TO: (Name and address of Defendant)

USPA ACCESSORIES LLC d/b/a CONCEPT ONE ACCESSORIES
362 FIFTH AVENUE
NEW YORK, NEW YORK 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darren W. Saunders, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3952

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    SEP 12 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | October 2nd, 2007 |
| NAME OF SERVER (PRINT) Arnold J. Burrus | TITLE Managing Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): On October 2nd 2007, deponent served Sam Hafif CEO of USPA Accessories LLC/d/b/a Concept one Accessories by personally serving Neith Sanyika, Assistant to Sam Hafif who was authorized to accept service of summons and complaint.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-2-07
Date

Signature of Server

599 Lexington Av., N.Y. N.Y. 10022
Address of Server

Neith Sanyika
Assistant to Sam Hafif
signing on behalf of Mr. Sam Hafif, CEO
10/2/07

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.