IRA DANIEL TOKAYER, ESQ. (IT-4734)
Attorney for Defendant
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

CERVECERIA MODELO, S.A. DE C.V.        :   07 CV 7998
and MARCUS MODELO S.A. DE C.V.,
                                       :

                Plaintiffs,
                                       :
        -against-                          RULE 7.1 STATEMENT
                                       :

USPA ACCESSORIES LLC d/b/a
CONCEPT ONE ACCESSORIES,               :

                Defendant.      :

-----------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, the undersigned attorney of record certifies that

defendant has no parent corporation and no publicly held

corporation owns 10% or more of its stock.

Dated:  New York, New York
        October 22, 2007


                        _____/s/_____
                        IRA DANIEL TOKAYER, ESQ. (IT-4734)
                        Attorney for Defendants
                        42 West 38th Street, Suite 802
                        New York, New York 10018
                        (212) 695-5250

Rule 7.1 Statement.wpd