Darren W. Saunders (DS 0456)
Mark I. Peroff (MP 6858)
Joanna A. Diakos (JD 7269)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Plaintiffs Cerveceria Modelo, S.A. de C.V.
and Marcas Modelo, S.A. de C.V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CERVECERIA MODELO, S.A. DE C.V. and
MARCAS MODELO, S.A. DE C.V.,

                    Plaintiffs,

   -against-

USPA ACCESSORIES LLC d/b/a CONCEPT ONE
ACCESSORIES,

                    Defendant.
------------------------------------------------------------X

Civil Action No. 07 CV 7998 (HB)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

      **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Motion to Dismiss Third Counterclaim and to Strike Demand for Punitive Damages, the Declaration of Joanna A. Diakos in Support of Motion to Dismiss with accompanying exhibits, Plaintiffs Cerveceria Modelo, S.A. de C.V. and Marcas Modelo, S.A. de C.V. will move this Court, before the Honorable Harold Baer, District Court Judge, at the United States Courthouse for the Southern District of New York, Room 23B, 500 Pearl Street, New York, New York 10007, on December 7, 2007 at 9:30 a.m. or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice Defendant USPA Accessories LLC d/b/a Concept One Accessories' third counterclaim for

PI - 1241601 v1

-2-

tortious interference with business relations and striking its request for punitive damages, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), answering papers, if any, must be served within ten business days after service of the moving papers and any reply papers shall be served within five business days after service of the answering papers.

Dated: New York, New York
November 13, 2007

Respectfully submitted,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: _____
Darren W. Saunders (DS 0456)
Mark I. Peroff (MP 6858)
Joanna A. Diakos (JD 7269)

599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901

*Attorneys for Plaintiffs*