Darren W. Saunders (DS 0456)
Mark I. Peroff (MP 6858)
Joanna A. Diakos (JD 7269)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Plaintiffs Cerveceria Modelo, S.A. de C.V.
and Marcas Modelo, S.A. de C.V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CERVECERIA MODELO, S.A. DE C.V. and  : Civil Action No. 07 CV 7998 (HB)
MARCAS MODELO, S.A. DE C.V.,         :
                                     :
       Plaintiffs,                   : **AFFIDAVIT OF SERVICE**
       -against-                     :
USPA ACCESSORIES LLC d/b/a CONCEPT ONE :
ACCESSORIES,                         :
                                     :
       Defendant.                    :
-----------------------------------------------------------------X

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

ROXANA I. BOBOC, being duly sworn, deposes and says:

1. I am employed by the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen years of age and am not a party to this action.

2. On November 13, 2007, I caused to be served by Federal Express and ECF notification, true and correct copies of the Notice of Motion, Declaration of Joanna A. Diakos in Support of Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss Third Counterclaim and to Strike Demand for Punitive Damages on the following:

- 2 -

Ira Daniel Tokayer, Esq.
42 West 38th Street, Suite 802
New York, New York 10018
*Attorney for Defendant*

Sworn to before me this
13th day of November, 2007

*[signature]*
Notary Public

        *[signature]*
        Roxana I. Boboc

**CAROL A. BENTZ**
Notary Public, State of New York
No. 41-4774105
Qualified in Queens County
Commission Expires June 30, 20 10