| Style #: | CO 7005 | Size: | M-XL | Created: | 01.04.06 |
|---|---|---|---|---|---|
| Color Shown: | WHITE | Style: | PARROTT TEE | | |
| Catagory: | FALL 07 | BRAND: | CORONA | | |

PRINT STARTS 2.5" BELOW COLLAR RIB






10.5"

ART METHOD: DISTRESSED SCREEN PRINT

APPROVED 
01-17-07

PMS289   PMS1235   PMS367

| Style #: | CO 7007 | Size: | M-XL | Created: | 01.04.06 |
|---|---|---|---|---|---|
| Color Shown: | WHITE | Style: | BLUE PALM | | |
| Catagory: | FALL 07 | BRAND: | CORONA | | |



PRINT STARTS 2.5" BELOW COLLAR RIB



10.5"

ART METHOD: DISTRESSED SCREEN PRINT



APPROVED

01-18-07

 PMS2925   PMS289   PMS1235   PMS367

| Style #: | CO 7011 | Size: | M-XL | Created: | 01.04.06 |
|---|---|---|---|---|---|
| Color Shown: | WHITE | Style: | ART STAMP TEE | | |
| Catagory: | FALL 07 | BRAND: | CORONA | | |



PRINT STARTS 2.5" BELOW COLLAR RIB

11"

ART METHOD: DISTRESSED SCREEN PRINT

APPROVED
01-17-07

 

PMS377   PMS289