IRA DANIEL TOKAYER, ESQ. (IT-4734)
Attorney for Defendant
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CERVECERIA MODELO, S.A. DE C.V.   :   07 CV 7998 (HB)
and MARCUS MODELO S.A. DE C.V.,
                                  :
          Plaintiffs,
                                  :
     -against-                        AFFIRMATION IN OPPOSITION
                                  :
USPA ACCESSORIES LLC d/b/a
CONCEPT ONE ACCESSORIES,          :

          Defendant.              :

------------------------------------x

      IRA DANIEL TOKAYER, an attorney admitted to practice law in the State of New York, under penalty of perjury, affirms and says:

      1.  I am the attorney for defendant and I submit this Affirmation in opposition to plaintiffs' motion to dismiss the third counterclaim for tortious interference with contractual relations set forth in defendant's Answer, dated October 22, 2007. I am fully familiar with the matters set forth herein.

      2.  Exhibit A is an Amended Complaint, dated and filed on December 11, 2007 (without exhibits).

      WHEREFORE, for the reasons set forth more fully in the accompanying Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss the Third Counterclaim, it is

respectfully submitted that plaintiffs' motion be denied in its entirety.

Dated: New York, New York
       December 11, 2007

                                          _____/s/_____
                                          IRA DANIEL TOKAYER

MOT DISMISS AFF.wpd