

# MARCAS MODELO, S.A. DE C.V.

September 12, 2007

**VIA EMAIL**

**Retailer Marcas Modelo Licensed Products**

RE: Concept One

Dear Retailer:

We are writing to inform you that Concept One has been terminated as a licensee in the Marcas Modelo licensing program. We are also writing to advise that Concept One will not be permitted to sell any Corona-branded merchandise that has not been approved by Marcas Modelo

Concept One was terminated for a number of repeated violations of its license agreement, including the sale of unauthorized goods, goods that contained unapproved designs and goods that did not meet Modelo's quality standards. Modelo cannot permit the sale of such non-conforming goods that bear its valuable trademarks.

We are aware of the possible implications that the termination of the agreement might have in the marketplace. Therefore, Marcas Modelo will work closely with our current licensees to help to fulfill with similar or replacement goods.

The following are suggested licensees you might consider to offer you a solution to your needs:

H3, LLC.
Janet Sarchett
(704)-921-4785
jsarchett@h3sportgear.com



# MARCAS MODELO, S.A. DE C.V.

CATFISH CALHOUN INC.
Martin Myers
(905)-688-1167
martym@calhounsportswear.com

MY BEER GEAR INC
Raj Malik
(972)-812-2803
rajm@bioworldmerch.com

We apologize for any inconvenience that this may cause, but we trust that you understand the importance of maintaining a consistent level of quality in the design, construction and appearance of Marcas Modelo licensed products.

On behalf of Marcas Modelo I want to thank for your understanding and continued support.

Sincerely,

Juan Fernandez
Marketing Manager