UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CERVECERIA MODELO, S.A. DE C.V. and
MARCAS MODELO, S.A. DE C.V.,

                      Plaintiffs,

    -against-

USPA ACCESSORIES LLC d/b/a CONCEPT ONE
ACCESSORIES,

                      Defendant.

-----------------------------------------------------------------X

Civil Action No. 07 CV 7998 (HB)

**CERTIFICATE OF SERVICE**

      I, Joanna A. Diakos, hereby certify that on December 18, 2007, I caused the foregoing Reply Memorandum of Law in Further Support of Motion to Dismiss Third Counterclaim and to Strike Request for Punitive Damages and the Declaration of Joanna A. Diakos, with exhibit, to be served by ECF notification and first class mail, upon defendant USPA Accessories LLC d/b/a Concept One Accessories' counsel as follows:

Ira Daniel Tokayer, Esq.
42 West 38th Street, Suite 802
New York, New York 10018
*Attorney for Defendant*

                                                        _____
                                                        Joanna A. Diakos