------------------------------------------------------------X

Cerveceria Modelo, S.A. de C.V., et al.,

                        Plaintiffs,

-against-

USPA Accessories LLC d/b/a Concept One Accessories

------------------------------------------------------------X

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7998 (HB) (MD)

Michael H. Dollinger

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) See submission of Plaintiffs dated 1/25/08; submission of Defendant dated 2/5/08

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached**

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
         2/5/08

and with particular attention to the discovery cut off date, 5/1/08.

_____
United States District Judge

Revised: 8/29/05