```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CERVECERIA MODELO, S.A. DE C.V.,    :
et al.,                             :
                                    :
              Plaintiffs,           :        AMENDED ORDER
                                    :
     -against-                      :
                                    :        07 Civ. 7998 (HB)(MHD)
USPA ACCESSORIES LLC,               :
                                    :
              Defendant.            :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **MONDAY, FEBRUARY 25, 2008** at **2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
February 21, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Darren Wayne Saunders, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
Fax: (212) 536-3901

Mark I. Peroff, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
Fax: (212) 536-3901

Joanna Andrea Diakos, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP (NYC)
153 E. 53rd Street
New York, NY 10022
Fax: (212) 536-3901

Ira Daniel Tokayer, Esq.
Law Offices of Ira Daniel Tokayer, Esq.
1333 Broadway, Ste. 905
New York, NY 10024
Fax: (212) 695-5450