# IRA DANIEL TOKAYER
### ATTORNEY AT LAW
42 WEST 38TH STREET
SUITE 802
NEW YORK, NEW YORK 10018

TEL: (212) 695-5250
FAX: (212) 695-5450

May 14, 2008

BY FAX
Hon. Michael H. Dolinger
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Cerveceria Modelo, S.A. de C.V., et ano.
            v. USPA Accessories LLC d/b/a Concept One Accessories,
            07 CV 7998

Hon. Magistrate Judge Dolinger:

       I am the attorney for defendant USPA Accessories LLC d/b/a Concept One. In accordance with our telephone conference with the Court's clerk, Ms. Ilana Ehrlich, I write on behalf of all parties to request that the court conference scheduled for this date be adjourned to May 22, 2008, at 10:00 a.m. The parties have been diligently working to resolve the outstanding discovery matters set forth in my letter, dated May 6, 2008, and others. Some additional time may enable us to avoid unnecessarily burdening the court.

       Thank you for your consideration.

Very truly yours,

Ira Daniel Tokayer

cc: Kirkpatrick & Lockhart Preston Gates Ellis LLP

Magistrate Ltr 03.wpd

*ENDORSED ORDER* [handwritten, partially illegible] 5/14/08