IRA DANIEL TOKAYER, ESQ. (IT-4734)
Attorney for Defendant
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CERVECERIA MODELO, S.A. DE C.V.     :   07 CV 7998
and MARCUS MODELO S.A. DE C.V.,
                                    :
            Plaintiffs,
                                    :
     -against-
                                    :
USPA ACCESSORIES LLC d/b/a
CONCEPT ONE ACCESSORIES,            :

            Defendant.              :

------------------------------------x

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that defendant, by its attorney, Ira Daniel Tokayer, Esq., will take the deposition by stenographic means of Spencer's Gifts by Steven Silverstein, Anthony Graziosi and/or Beth Bowman Taylor in support or defense of the claims and counterclaims in this case, at the Law Offices of Ira Daniel Tokayer, Esq., 42 West 38th Street, Suite 802, New York, New York, on August 20, 2008, at 9:30 a.m., before a notary public or other person duly qualified to administer oaths, with respect to evidence material and necessary in the prosecution and defense of this action. You are invited to attend and cross-examine.

Dated:   New York, New York
        July 31, 2008

                                              _____
                                              IRA DANIEL TOKAYER, ESQ. (IT-4734)
                                              Attorney for Defendant
                                              42 West 38th Street, Suite 802
                                              New York, New York 10018
                                              (212) 695-5250

DEPO-NOT 05.wpd

AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
Southern District of New York

| Cerveceria Modelo, S.A. DE C.V. et ano.<br>V.<br>USPA Accessories LLC d/b/a Concept One | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]  07 CV 7998 |
|---|---|

TO: Steven Silverstein, Anthony Graziosi and/or Beth Bowman
Spencer's Gifts, LLC.
6826 Blackhorse Pike, Egg Harbor Township, NJ 08234

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION    42 West 38th Street, Suite 802,<br>New York, New York 10018 | DATE AND TIME<br>8/20/2008  9:30 am |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Defendant | 8/31/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Ira Daniel Tokayer, Esq., 42 West 38th Street, Suite 802, New York, New York 10018
(212) 695 - 5250

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.