# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030
T 212.536.3900  www.klgates.com



*[Handwritten notes: "ENDORSED OVER / The submission to be made no later than 5 pm on August 14, 2008." with signature and date 8/6/08]*

*[Stamp: ELECTRONICALLY FILED DOC #: DATE FILED: 8/6/08]*

*[Stamp: RECEIVED AUG -6 2008 MICHAEL H. DOLINGER UNITED STATES MAGISTRATE JUDGE S.D.N.Y.]*

August 6, 2008

Darren W. Saunders
D 212.536.4807
F 212.536.3901
darren.saunders@klgates.com

**By Facsimile**

Hon. Michael H. Dolinger
Magistrate Judge
United States District Court
  Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Cerveceria Modelo, S.A. de C.V., et ano. v. USPA Accessories LLC d/b/a Concept One Accessories*, 07 CV 7998

Dear Judge Dolinger:

We are writing concerning the Corona Brand Positioning Statement, which the Court ordered to be produced for *in camera* inspection.

We have requested that the client provide this document to us immediately for Your Honor's review. Unfortunately, the two intermediaries at the company with whom we communicate on matters related to this litigation, the General Counsel and the witness who testified about the document (Mr. Pares), are not in the office this week. They have requested that we seek a brief extension of time to provide this document to the Court.

As we explained at Monday's discovery conference, the Corona Brand Positioning Statement is regarded by the company as highly proprietary and is maintained in strict confidence. Indeed, we do not have a copy of the document and must obtain it from Cerveceria Modelo in Mexico City. Our client has informed us that they will be back in the office on Monday and that they will forward it to our attention at that time.

We respectfully request the Court's understanding and the granting of additional time for us to obtain and provide the Corona Brand Positioning Statement to the Court.

Respectfully,

Darren W. Saunders

c:  Ira Daniel Tokayer, Esq. (by facsimile)