IRA DANIEL TOKAYER, ESQ. (IT-4734)
Attorney for Defendant
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CERVECERIA MODELO, S.A. DE C.V.     :   07 CV 7998 (HB)
and MARCUS MODELO S.A. DE C.V.,
                                    :
            Plaintiffs,
                                    :
        -against-
                                    :
USPA ACCESSORIES LLC d/b/a
CONCEPT ONE ACCESSORIES,            :

            Defendant.              :
------------------------------------x

## PROPOSED VOIR DIRE QUESTIONS

1. Do you drink Corona, Corona Extra, Coronita Extra, Corona Light, Modelo, Modelo Especial, Negro Modelo or Pacifico Clara beer?

2. Do you own any products which bear the marks Corona, Corona Extra, Coronita Extra, Corona Light, Modelo, Modelo Especial, Negro Modelo or Pacifico Clara beer?

3. Do you (or any relatives, friends or company for which you worked) own or have you (or any company for which you worked) ever owned a patent, trademark or copyright?

4. Have you (or any relatives, friends or company for which you worked) ever been a licensor or licensee of a patent, trademark or copyright?

      5.   Do you or do you know anyone who has or had any connection to the apparel, garment or accessory industry business?  How was the experience?

Dated:  New York, New York
        August 11, 2008

                                          _____/s/_____
                                          IRA DANIEL TOKAYER, ESQ.
                                          Attorney for Defendant
                                          42 West 38th Street, Suite 802
                                          New York, New York 10018
                                          (212) 695-5250

Voir Dire.wpd