IRA DANIEL TOKAYER, ESQ. (IT-4734)
Attorney for Defendant
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CERVECERIA MODELO, S.A. DE C.V.      :   07 CV 7998 (HB)
and MARCUS MODELO S.A. DE C.V.,
                                     :
            Plaintiffs,
                                     :
      -against-                          DECLARATION IN OPPOSITION
                                     :
USPA ACCESSORIES LLC d/b/a
CONCEPT ONE ACCESSORIES,             :

            Defendant.               :
------------------------------------x

      IRA DANIEL TOKAYER, an attorney admitted to practice law in the State of New York, under penalty of perjury, affirms and says:

      1.  I am the attorney for defendant and I submit this Affirmation in opposition to plaintiffs' motion in limine. The motion should be denied for the reasons set forth more fully in the accompanying Memorandum of Law. I am fully familiar with the matters set forth herein.

      2.  Exhibit A is a copy of the License Agreement between Procermex Inc. and Concept One Accessories, dated as of March 15, 2004.

      3.  Exhibit B is a copy of a letter, dated December 12, 2006, from Juan Fernandez to Bernie Hafif.

      4.  Exhibit C are depositions excerpts.

5.  Exhibit D are copies of internal Modelo documents produced by plaintiffs in this action.

6.  Exhibit E are copies of emails between the parties.

7.  Exhibit F are additional depositions excerpts.

8.  Exhibit G are copies of royalty reports and other royalty information.

9.  Exhibit H are designs of styles of bags approved at some level by representatives of Modelo.

10. Exhibit I are additional depositions excerpts.

11. Exhibit J is a copy of the Second Amended Answer and Counterclaim and Jury Demand.

WHEREFORE, for the reasons set forth more fully in the accompanying Memorandum of Law, it is respectfully submitted that defendant's motion be denied in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August, 2008, in New York, New York.


_____/s/_____
IRA DANIEL TOKAYER

MOT in limine 02 AFF OPP.wpd