

9830 Colonnade Blvd., Suite 300 – San Antonio, TX 78230
tel. (210) 341-2172 fax (210) 341-1960

Tuesday, December 12, 2006

Mr. Bernie Hafif
CFO
CONCEPT ONE ACCESSORIES
362 Fifth Avenue 2nd Floor
New York, NY 10001

Dear Bernie :

    On behalf of GModelo USA, I am writing to welcome you to the 2007 Grupo Modelo licensing program. We are looking forward on working with CONCEPT ONE ACCESSORIES in 2007. As you are aware, the Grupo Modelo licensing program is being changed to improve the image and increase the value of our brands in the marketplace. Among these changes is a substantial reduction in the overall number of U.S. and Canadian authorized licensees.

    As we start working in 2007 we would like to maintain a close relationship and an open line of communication to make the transition from Procermex to Marcas Modelo as smooth as possible. Please feel free to contact me with any comments or concerns so we can find the best solutions.

    I want to take the opportunity to let you know that all of the previous designs that were approved by Procermex for sale by your company will continue to be authorized for 2007 under the new Marcas Modelo Agreement as long as they meet the new guidelines established by Marcas Modelo. Enclosed you will find the procedure to transition the approved articles from Procermex to Marcas Modelo and you will soon be receiving the new set of guidelines for your convenience in helping you select future designs.

    Additionally, we want to let you know that as we move forward, GModelo USA will be taking a more active position in enforcing our trademarks against misappropriation and infringement by unauthorized parties. Therefore, we would appreciate your cooperation in these efforts, including notifying us if you discover infringing products in the marketplace.

    Please let me know when we can meet at the beginning of 2007 so we can get to know each other personally and discuss your participation in the program.

Sincerely,

Juan Fernandez



MODELO 01459