1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

CERVECERIA MODELO, S.A. DE C.V. and

MARCUS MODELO, S.A. DE C.V.,

                              Plaintiffs,


            -against-                          07 CV 7998


USPA ACCESSORIES LLC d/b/a.

CONCEPT ONE ACCESSORIES,

                              Defendant.

---------------------------------------------x


                         42 West 38th Street
                         New York, New York
                         March 31, 2008
                         10:13 A.M.



     DEPOSITION of JEAN MARIE RUFFINI, the Witness
appearing on behalf of the Plaintiff herein, taken
pursuant to Notice, and held at the above time and
place before Susan Marrone, a stenotype reporter and
Notary Public of the State of New York.

105

```
 1                      JEAN MARIE RUFFINI

 2        ***(NON-CONFIDENTIAL PORTION CONTINUES)

 3                      (Defendant's Exhibit 17, License

 4             Agreement between Marcas Modelo and Concept

 5             One Accessories, marked for Identification.)

 6             Q      Let me show you Exhibit 17.  It's a

 7        title license agreement between Marcas Modelo and

 8        Concept One Accessories bearing a date of

 9        January 1, 2007.  Do you recognize Exhibit 17?

10             A      Yes.

11             Q      Is it your signature on Page 10?

12             A      Yes.

13             Q      Do you recognize Juan Fernandez's

14        signature as well?

15             A      Yes.

16             Q      And that's it on Page 10?

17             A      There's --

18             Q      Is that Juan Fernandez's initials?

19             A      I believe so, yes.

20             Q      And do you recall executing this

21        document on or about January 1st, 2007?

22             A      Signing?

23             Q      Yes.

24             A      Yes.

25             Q      Do you recall when you signed this
```

106

```
 1                    JEAN MARIE RUFFINI

 2       document?

 3            A    No.

 4            Q    Who was present?

 5            A    Nobody, myself.

 6            Q    Was Juan Fernandez's initials on the

 7       document when you signed it?

 8            A    Yes.

 9            Q    And Mr. Hafif's as well?

10          . A    I don't remember.

11            Q    When you signed it, you had an

12       opportunity to review it?

13            A    Yes.

14            Q    You had read Paragraph 2.1 that granted

15       the licensor certain rights in license products

16       and certain territories but only in such form and

17       manner as approved in advance by licensor under

18       Section 3 of this agreement; do you see that?

19            A    Yes.

20            Q    You were aware of that at the time?

21            A    Yes.

22            Q    You had also read Paragraph 3, quality

23       standards and approval?

24            A    Yes.

25            Q    And when Concept One submitted designs
```

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

---------------------------------------------X

CERVECERIA MODELO, S.A. DE C.V. and MARCAS

MODELO S.A. DE C.V.,

                 Plaintiffs,

                            Index No.

        -against-       07 CV 7998


USPA ACCESSORIES LLC d/b/a CONCEPT ONE

ACCESSORIES,

                 Defendant.

---------------------------------------------X

                    42 West 38th Street

                    New York, New York


                    April 8, 2008

                    9:30 a.m.


     DEPOSITION OF JUAN FERNANDEZ, a Witness
appearing on behalf MODELO, the Plaintiff herein,
taken by the Defendant, pursuant to Order, and
held at the above-noted time and place, before
KAREN GOLDSTEIN, a Notary Public of the State
of New York.

130

```
1                    JUAN FERNANDEZ

2    went in as him.

3         Q       Does that mean, it was you, who

4    approved this design, for Jorge Perez, on

5    April 13, 2007?

6         A       Yes.

7         Q       And it was you, who approved this

8    design, on behalf of Jose Pares, on April 13,

9    2007?

10        A       Yes.

11        Q       Do you recall why you did that?

12        A       I don't recall the specifics of

13   this decision, why I did that.

14        Q       Did you ever inquire of H3, with

15   respect to this particular design?

16        A       I don't recall.

17               MR. SAUNDERS:  Off the record.

18               (Whereupon, a discussion was held

19       off the record.)

20        Q       Let me show you Exhibit 17.  The

21   license agreement between Marcas Modelo and

22   Concept One.  Can I direct your attention to

23   page 10.  Is that your initials?

24        A       Yes.

25        Q       Is that your handwriting.  The
```

131

```
1                    JUAN FERNANDEZ

2      words "Juan Fernandez"?

3           A     Yes.

4           Q     Do you know when you signed this?

5           A     Not the exact date.

6           Q     Approximately?

7           A     In the last two months of 2006.

8           Q     You can't be more specific than

9      that?

10          A     I don't really recall.

11          Q     Were you present when Jean Marie

12     Ruffini placed her signature on the document?

13          A     I don't recall.

14          Q     Let me direct your attention to

15     page 11.  Are those your initials on the

16     bottom of the page?

17          A     Yes.

18          Q     Yes?

19          A     Yes.

20          Q     And, page 12, is that your

21     handwriting?

22          A     Yes.

23          Q     Could you read it?

24          A     This -- my initials?  This?

25          Q     Yes.
```

Steven Gerber

Page 1

1

2        UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
3         Civil Action No. 07 CV 7998 (HB)
   ------------------------------------)
4  CERVECERIA MODELO, S.A. DE C.V. and
   MARCAS MODELO, S.A. DE C.V.,
5
                    Plaintiffs,
6
            vs.
7
8  USPA ACCESSORIES, LLC d/b/a CONCEPT ONE
   ACCESSORIES,
9
                    Defendants.
10 ------------------------------------)
11
12
13
14         DEPOSITION OF STEVEN GERBER
15             New York, New York
16           Thursday, May 1, 2008
17
18
19
20
21
22
23
24 Reported by:
   Toni Allegrucci                    ORIGINAL
25 JOB NO. 202557

Steven Gerber

Page 15

```
 1               S. GERBER

 2 of the license agreement?

 3          MR. TOKAYER:  Objection.

 4     A.   All the time.

 5     Q.   Okay.  Do you provide comments to

 6 license agreements to your clients or do you

 7 provide them directly to whoever the opposing

 8 counsel is or the licensor?

 9     A.   Both.

10     Q.   Were you asked to review the

11 Procermex license agreement in this case?

12     A.   No.

13     Q.   Were you asked to review the

14 Marcas --

15     A.   Well, when you say was I asked to

16 review it, ever?

17     Q.   Yes, ever?

18     A.   Well, I reviewed, I looked at the

19 license agreement with Corona, I don't know

20 about Procermex.

21     Q.   Okay.  Do you --

22     A.   Not Corona, with whatever the name

23 of the company is.

24     Q.   With Marcas Modelo?

25     A.   Yeah.
```

Steven Gerber

Page 16

1               S. GERBER

2       Q.    Okay.  Do you recall if you ever

3  reviewed the agreement that Concept One had

4  entered into with Procermex prior?

5       A.    I don't recall that I did.

6             MS. DIAKOS:   Can we mark this.

7             (Gerber Exhibit 1, document, marked

8        for identification, as of this date.)

9       Q.    I show you what's been marked as

10  Exhibit 1, it's a license agreement between

11  Marcas Modelo, Concept One, dated January 1,

12  2007, it bears production numbers Modelo

13  03662 to Modelo 03673.

14            MR. TOKAYER:   I think it's, it

15       bears an effective date of January 1,

16       2007.

17            MS. DIAKOS:   That's right.

18      Q.    Let me know when you've had a

19  chance to review it?

20      A.    I don't understand, what do you

21  want me to do?

22      Q.    Just let me know when you've

23  finished reviewing it?

24      A.    I mean, I looked, I looked at it

25  here.

Steven Gerber

Page 17

1                    S. GERBER

2        Q.    Okay.  When was the first time you

3 saw this license agreement?

4        A.    I don't know.

5        Q.    Do you know if you reviewed this

6 license agreement prior to the time it was

7 entered into by Concept One?

8        A.    I don't believe I did.

9        Q.    Okay.

10              (Mr. Saunders exits.)

11       Q.    Do you know why you reviewed it the

12 first time you reviewed it?

13       A.    I believe so.

14       Q.    Okay.  Why?

15       A.    My client called me to tell me that

16 designs were not being approved by the

17 licensor, and what should he do.

18       Q.    Do you recall when your client

19 called you to tell you that designs weren't

20 being approved by Marcas Modelo?

21       A.    I think it was sometime in 2007,

22 maybe February, March, could be earlier, I

23 don't know.

24       Q.    Okay.  Now, did your client tell

25 you that designs weren't being approved or

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

-------------------------------------------X
CERVECERIA MODELO, S.A. DE C.V. and MARCAS
MODELO S.A. DE C.V.,

               Plaintiffs,

                           Index No.
       -against-       07 CV 7998

USPA ACCESSORIES LLC d/b/a CONCEPT ONE
ACCESSORIES,

               Defendant.

-------------------------------------------X

                   666 Fifth Avenue
                   New York, New York

                   July 25, 2008
                   9:47 a.m.

    EXAMINATION BEFORE TRIAL of MODELO, the

Plaintiff herein, by JOSE PARES, taken by

the Defendant, pursuant to Order, held at

the above-noted time and place, before KAREN

GOLDSTEIN, a Notary Public of the State of

New York.

```
 1                    JOSE PARES

 2   tough from this photocopy to recognize a

 3   letter or something like that.  I'm not an

 4   expert on that, too.

 5        Q        Now, you see it also says --

 6   well, before we got to, if you could turn to

 7   page 10 of the agreement.

 8        A        (Witness complies.)

 9        Q        Do you see the signatures of Mr.

10   Fernandez and Ms. Ruffini?

11        A        I see these two signatures, yes.

12        Q        Was Mr. Fernandez employed by

13   Marcas Modelo?

14        A        No.

15        Q        Was Ms. Ruffini employed by

16   Marcas Modelo?

17        A        No.  As I said Marcas Modelo has

18   no employees.

19        Q        Did Grupo Modelo USA on January

20   1st 2007 have authority to issue licenses

21   for Cerveciera Modelo?

22        A        To issue licenses for GModelo

23   USA?

24        Q        To grant licenses on behalf of

25   Cerveciera Modelo.
```

1                    JOSE PARES

2        A        I need a little bit of advice

3    from my lawyer in one thing.  I don't fully

4    know the extent of the word "grant."  And

5    I'm not familiar with that part.  Just, I

6    need to understand that part of the

7    question.  So, the point is --

8        Q        Okay.  I don't think I used the

9    word "grant".  Let me see if I can ask you

10   another question.

11       A        Yes, please.

12       Q        And I'm not asking for a legal

13   conclusion.

14       A        No, no, no, no, no.

15       Q        I'm asking for your

16   understanding.

17       A        Exactly.  That's the point.

18       Q        Was it your understanding that

19   Grupo Modelo USA --

20       A        GModelo USA.

21       Q        Sorry.  Yes.  Had the authority

22   to issue licenses to licensees on behalf of

23   Cerveciera Modelo as of January 1, 2007?

24       A        No.  We have already covered

25   that.  GModelo USA provides a service in