| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | COMPANY | CONTACT | ADDRESS | | | CITY | STATE | ZIP | |
| 2 | ACME APPAREL | Mike Reininger | 26614 Virgo Lane | | | San Antonio | TX | 78260 | |
| 3 | BOELTER BRANDS LLC | Kristina Manke | N22 W23685 Ridgeview Pkwy W | | | Waukesha | WI | 53188 | |
| 4 | CANDIES & CHOCOLATES dba USHER | Patricia Gonzales | 6017 Randolph Blvd. | | | San Antonio | TX | 78233 | |
| 5 | CATFISH CALHOUN INC | Amber Bull | 250 E. Bunting Road | | | St. Catharines | ON | L2M 3Y1 | Canada |
| 6 | CONCEPT ONE ACCESSORIES | Tara La Rosa | 362 Fifth Avenue 2nd Floor | | | New York | NY | 10001 | |
| 7 | DIS/VET | Chuck Stabenfeldt | PO BOX 67 | 300 Sussex Street | | Pewaukee | WI | 53072 | |
| 8 | G&G OUTFITTERS INC | Sam Daly | 4901 Forbes Blvd | | | Lanham | MD | 20706 | |
| 9 | GIANT MERCHANDISING | Anthony Thompson | 5655 Union Pacific Avenue | | | Commerce | CA | 90022 | |
| 10 | H3,LLC | Janet Sarchett | 9006 A Perimeter Woods Dr. | | | Charlotte | NC | 28216 | |
| 11 | ICO STORE LLC | Tom Meissner | 2249 W Fairmont Drive Suite 3 | | | Tempe | AZ | 85282 | |
| 12 | INGEAR, FASHIONS INC | Jacob Levy | 16085 NW 52nd Avenue | | | Miami | FL | 33014 | |
| 13 | IOWA ROTOCAST PLASTICS | Jeremy Fahey | P.O. Box 320 | 1712 Moellers Drive | | Decorah | IA | 52101 | |
| 14 | JCORP INC | Allan Rosen | 95 Gince St | | | St Lawrent | QC | H4N1J7 | Canada |
| 15 | MY BEER GEAR INC | Brad Sparling | 4474 Blakie Road | Suite 123 | | London | ON | N6L 1G6 | |
| 16 | OMNI SOURCE MARKETING INC. | Sue Aufmuth | 7946 Pendleton Pike | | | Indianapolis | IN | 46226 | |
| 17 | THE SPORTS TEAM B.B. J. INC. D/B/A | John Chuchill | 140 Elliott Street | | | Beverly | MA | 1915 | |
| 18 | TREASURE COAST MARKETING INC. | Jim Westenhaver | 3731 Oleander Avenue | STE 105 | | Ft Pierce | FL | 34982 | |



CONFIDENTIAL

MODELO 03722

| | J | K | L |
|---|---|---|---|
| 1 | PHONE | FAX | E-MAIL |
| 2 | 210-602-3072 | 210-568-2777 | michael.reininger@acmeapparel.com |
| 3 | 800-233-7287 | 414-535-4890 | kmanke@boelter.com |
| 4 | 210-657-1556 | 210-657-0677 | Patty@usher-mints.com |
| 5 | 905-688-6100 | 905-688-1167 | amberl@calhounsportswear.com |
| 6 | 212-868-2590 | 212-868-1531 | tara@concept1.com |
| 7 | 800-729-0879 | 262-746-9607 | chuck@disvet.com |
| 8 | 301-731-2099 | 301-731-5199 | SDALY@ggoutfitters.com |
| 9 | 323-887-3300 | 323-887-3347 | anthony.thompson@giant-merch.com |
| 10 | 704-921-4785 | 704-921-5628 | jsarchett@h3sportgear.com |
| 11 | 602-431-1057 | 602-431-4678 | tom@icostore.com |
| 12 | 305-830-2900 | 305-830-2990 | jacob@ingear.com |
| 13 | 800-553-0050 | 563-382-3016 | jeremy@irpinc.com |
| 14 | 514-384-3872 | 514-384-7531 | arosen@jcorp.ca |
| 15 | 519-851-4460 | 519-652-9546 | bsparling@mybeergear.com |
| 16 | 800-536-1235 | 317-547-9740 | saufmuth@omnisourcemarketing.com |
| 17 | 800-606-1090 | 978-524-8801 | jon@thesportsteam.com |
| 18 | 772-460-6677 | 772-460-8858 | JIMWTCA@aol.com |

CONFIDENTIAL

MODELO 03723

| | M |
|---|---|
| 1 | PRODUCTS |
| 2 | Barbaque accessories, display enhancers, beach accessories, umbrella, chairs, hammocks, sports accessories (balls, bikes, golf, bags |
| 3 | Cups, Coasters, napkins, buckets, Gift Packs |
| 4 | Mints |
| 5 | T-Shirts, Sweatshirts, Hats, Nightwear, Swim suits, mugs, shoot glasses, lanyards, folding chairs, shorts, skirts |
| 6 | **Headwear-Hats, Beanies, Bags Umbrellas** |
| 7 | Golf Bags, shirts, Tee-s and accessories |
| 8 | Bottle Openers, Coolers, Pens, Golf Accessories, Wait staff Apron, hats |
| 9 | T-Shirts, Board Shorts, Swimwear |
| 10 | Mens and Womens' T-shirts, Headwear, Sunglasses, Metal Can Insulator, Cell phone Holder, Lighters, |
| 11 | Golf Apparel Promotional Items, Key Chains, Pens, Electronics, Watches, Wallets, Business cases |
| 12 | Mens and Womens T-shirts, Sweatshirts, Bathing Suits, Sarongs, clocks, buckets, Metal Signs |
| 13 | Plastic Coolers all sizes and shapes |
| 14 | T-shirts, Sweatshirts, Hats, Promotional Items |
| 15 | Mens and Women's T-shirts, Sweatshirts, clothing, bar stools and various promotional Iitems |
| 16 | T-Shirts, Sweatshirts, CD Case, necklace, Flip-Flops, Bottle Openers, Lanyard, Beach Towel, Cooler, Foosball Table, Poker Table, Pool Table, Golf Accessories, Folding Chair, Umbrella, Canopy |
| 17 | Blankets, T-shirts, promotional items, POS-Promotional Items |
| 18 | T-Shirts, Hats, Sweatshirts, Golfshirts, Sunglasses, neon lights, bar lights, clocks, BBQue Sets, Dartboard, frisbee |

CONFIDENTIAL

MODELO 03724

| # | COMPANY | CONTACT | PHONE | FAX | E-MAIL | PRODUCTS |
|---|---|---|---|---|---|---|
| 1 | ACME APPAREL | Mike Reininger | 210-602-3072 | 210-568-2777 | michael.reininger@acmeapparel.com | Barbeque accessories, display enhancers, beach accessories, umbrella, chairs, hammocks, sports accessories (balls, bikes, golf, bags |
| 2 | BOELTER BRANDS LLC | Kristina Manke | 800-233-7267 | 414-535-4890 | kmanke@boelter.com | Cups, Coasters, napkins, buckets, Gift Packs |
| 3 | CANDIES & CHOCOLATES dba USHER | Patricia Gonzales | 210-657-1556 | 210-657-0677 | Patty@usher-mints.com | Mints |
| 4 | CATFISH CALHOUN INC | Amber Bull | 905-688-6100 | 905-688-1167 | amberl@calhounsportswear.com | T-Shirts, Sweatshirts, Hats, Nightwear, Swim suits, mugs, shoot glasses, lanyards, folding chairs, shorts, skirts |
| 5 | CONCEPT ONE ACCESSORIES | Tara La Rosa | 212-868-2590 | 212-868-1531 | tara@concept1.com | Headwear-Hats, Beanies, Bags Umbrellas |
| 6 | DIS/VET | Chuck Stabenfeldt | 800-729-0679 | 262-746-9607 | chuck@disvet.com | Golf Bags, shirts, Tee-s and accessories |
| 7 | G&G OUTFITTERS INC | Sam Daly | 301-731-2099 | 301-731-5199 | SDALY@ggoutfitters.com | Bottle Openers, Coolers, Pens, Golf Accessories, Wait staff Apron, hats |
| 8 | GIANT MERCHANDISING | Anthony Thompson | 323-887-3300 | 323-887-3347 | anthony.thompson@giant-merch.com | T-Shirts, Board Shorts, Swimwear |
| 9 | H3,LLC | Janel Sarchett | 704-921-4785 | 704-921-5628 | jsarchett@h3sportgear.com | Mens and Womens' T-shirts, Sunglasses, Metal Can Insulator, Cell phone Holder, Lighters, |
| 10 | ICO STORE LLC | Tom Meissner | 602-431-1057 | 602-431-4678 | tom@icostore.com | Golf Apparel Promotional Items, Key Chains, Pens, Electronics, Watches, Wallets, Business cases |
| 11 | INGEAR, FASHIONS INC | Jacob Levy | 305-830-2900 | 305-830-2990 | jacob@ingear.com | Mens and Womens T-shirts, Sweatshirts, Bathing Suits, Sarongs, clocks, buckets, Metal Signs |
| 12 | IOWA ROTOCAST PLASTICS | Jeremy Fahey | 800-553-0050 | 563-382-3016 | jeremy@irpinc.com | Plastic Coolers all sizes and shapes |
| 13 | JCORP INC | Allan Rosen | 514-384-3872 | 514-384-7531 | arosen@jcorp.ca | T-shirts, Sweatshirts, Hats, Promotional Items |
| 14 | MY BEER GEAR INC | Brad Sparling | 519-851-4460 | 519-652-9546 | bsparling@mybeergear.com | Mens and Women's T-shirts, Sweatshirts, clothing, bar stools and various promotional items |
| 15 | OMNI SOURCE MARKETING INC. | Sue Aufmuth | 800-536-1235 | 317-547-9740 | saufmuth@omnisourcemarketing.com | T-Shirts, Sweatshirts, CD Case, necklace, Flip-Flops, Bottle-Openers, Lanyard, Beach Towel, Cooler, Foosball Table, Poker Table, Pool Table, Golf Accessories, Folding Chair, Umbrella, Canopy |
| 16 | THE SPORTS TEAM B.B. J. INC. D/B/A | John Chuchill | 800-600-1090 | 978-524-8801 | jon@thesportsteam.com | Blankets, T-shirts, promotional items, POS-Promotional Items |
| 17 | TREASURE COAST MARKETING INC. | Jim Westenhaver | 772-460-0677 | 772-460-8858 | JIMWTCA@aol.com | T-Shirts, Hats, Sweatshirts, Golfshirts, Sunglasses, neon lights, bar lights, clocks, BBQue Sets, Dartboard, frisbee |

| C | TAC | RESS | | CITY | STATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | Rein | 4 Virgo Lane | | San Antonio | TX | 78260 | 210-602-3072 | 210-568-2777 | michael.reininger@acmeapparel.com | Barbaque accessories, display enhancers, beach accessories, umbrella, chairs, hammocks, sports accessories (balls, bikes, golf, bags |
| B | na N | N23685 Ridgeview Pkwy W | | Waukesha | WI | 53188 | 600-233-7287 | 414-535-4890 | kmanke@boelter.com | Cups, Coasters, napkins, buckets, Gift Packs |
| C/SHER | ia G | Randolph Blvd. | | San Antonio | TX | 78233 | 210-657-1556 | 210-657-0677 | Patty@usher-mints.com | Mints |
| C | ar B | E. Bunting Road | | St. Catharines | ON | L2M 3Y1 | Canada | 905-688-6100 | 905-688-1167 | amberl@calhounsportswear.com | T-Shirts, Sweatshirts, Hats, Nightwear, Swim suits, mugs, shoot glasses, lanyards, folding chairs, shorts, skirts |
| C | La F | ifth Avenue 2nd Floor | | New York | NY | 10001 | 212-868-2590 | 212-868-1531 | tara@concept1.com | Headwear-Hats, Beanies, Bags Umbrellas, Flip Flops, T-shirts |
| D | k Sch | OX 67 | 300 Sussex Street | Pewaukee | WI | 53072 | 600-729-0879 | 262-746-9607 | chuck@disvel.com | Golf Bags, shirts, Tee-s and accessories |
| G | Dal | Forbes Blvd | | Lanham | MD | 20706 | 301-731-2099 | 301-731-5199 | SDALY@ggoutfitters.com | Bottle Openers, Coolers, Pens, Golf Accessories, Wait staff Apron, hats |
| G | onypon | Union Pacific Avenue | | Commerce | CA | 90022 | 323-887-3300 | 323-887-3347 | anthony.thompson@giant-merch.com | T-Shirts, Board Shorts, Swimwear |
| H | t Sa | A Perimeter Woods Dr. | | Charlotte | NC | 28216 | 704-921-4785 | 704-921-5626 | jserchett@h3sportgear.com | Mens and Womens' T-shirts, Headwear, Sunglasses, Metal Can Insulator, Cell phone Holder, Lighters, |
| I | Mo | W Fairmont Drive Suite 3 | | Tempe | AZ | 85282 | 602-431-1057 | 602-431-4678 | tom@icostore.com | Golf Apparel Promotional Items, Key Chains, Pens, Electronics, Watches, Wallets, Business cases |
| I | ib L | 35 NW 52nd Avenue | | Miami | FL | 33014 | 305-830-2900 | 305-830-2990 | jacob@ingear.com | Mens and Womens T-shirts, Sweatshirts, Bathing Suits, Sarongs, clocks, buckets, Metal Signs |
| I | my | Box 320 | 1712 Moellers Drive | Decorah | IA | 52101 | 800-553-0050 | 563-382-3016 | jeremy@irpinc.com | Plastic Coolers all sizes and shapes |
| I | n Ro | ince St | | St Lawrent | QC | H4N1J7 | Canada | 514-384-3872 | 514-384-7531 | arosen@jcorp.ca | T-shirts, Sweatshirts, Hats, Promotional Items |
| I | d Sp | 4 Blakie Road | Suite 123 | London | ON | N6L 1G6 | 519-851-4460 | 519-652-9546 | bsparling@mybeergear.com | Mens and Women's T-shirts, Sweatshirts, clothing, bar stools and various promotional Items |
| VC. | Auf | 6 Pendleton Pike | | Indianapolis | IN | 46226 | 800-536-1235 | 317-547-9740 | saufmuth@omnisourcemarketing.com | T-Shirts, Sweatshirts, CD Case, necklace, Flip-Flops, Bottle Openers, Lanyard, Beach Towel, Cooler, Foosball Table, Poker Table, Pool Table, Golf Accessories, Folding Chair, Umbrella, Canopy |
| D/B/A | n Ch | Elliott Street | | Beverly | MA | 1915 | 800-606-1090 | 978-524-8801 | jon@thesportsteam.com | Blankets, T-shirts, promotional items, POS-Promotional Items |
| IG INC. | Were | Oleander Avenue | STE 105 | Ft Pierce | FL | 34982 | 772-460-6677 | 772-460-8858 | JIMWTCA@aol.com | T-Shirts, Hats, Sweatshirts, Golfshirts, Sunglasses, neon lights, bar lights, clocks, BBQue Sets, Dartboard, frisbee |

**Addreses licensees.xls Properties**

General | Security | Custom | Summary

| Property | Value |
|---|---|

**Description**

- Title
- Subject
- Category
- Keywords
- Scale — No
- Links Dirty? — 0
- Comments

**Origin**

- Author — jfernandez
- Last Saved By — jfernandez
- Revision Number
- Application Name — Microsoft Excel
- Company — Company
- Date Created — 1/31/2007 2:15 PM
- Date Last Saved — 3/22/2007 3:52 PM
- Last Printed — 1/31/2007 2:21 PM

<< Simple

[ OK ]  [ Cancel ]  [ Apply ]