| From: | jmffini@corona.com |
|---|---|
| Sent: | Thursday, January 11, 2007 3:35 PM |
| To: | saufmuth@omnisourcemarketing.com; amberl@calhounsportswear.com; jon@thesportsteam.com; SDALY@ggoutfitters.com; jeremy@irpinc.com; Patty@usher-mints.com; jacob@ingear.com; kmanke@boelter.com; tom@icostore.com; michael.reininger@acmeapparel.com; Tara LaRosa; arosen@jcorp.ca; jruffini@corona.com; jsarchett@h3sportgear.com; bsparling@mybeergear.com; chuck@disvet.com; anthony.thompson@giant-merch.com; JIMWTCA@aol.com |
| Cc: | jfernandez@corona.com |
| Subject: | Marcas Modelo Licensee list for 2007 |

Happy New Year to Everybody!

Enclosed please find the list of authorized Licensees working under Marcas Modelo, S.A. de C.V. for 2007.

If you have any questions, please advise.

Best Regards,

Jean Marie Ruffini
GModelo USA LLC



Licensees database
2007.xls

210-341-2172 x 2033

| COMPANY | CONTACT | ADDRESS | | CITY |
|---|---|---|---|---|
| ACME APPAREL | Mike Reininger | 26614 Virgo Lane | | San Antonio |
| BOELTER BRANDS LLC | Kristina Manke | N22 W23685 Ridgeview Pkwy W | | Waukesha |
| CANDIES & CHOCOLATES dba USHER | Patricia Gonzales | 6017 Randolph Blvd. | | San Antonio |
| CATFISH CALHOUN INC | Amber Bull | 250  E. Bunting Road | | St. Catharines |
| CONCEPT ONE ACCESSORIES | Tara La Rosa | 362 Fifth Avenue 2nd Floor | | New York |
| DIS/VET | Chuck Stabenfeldt | PO BOX 67 | 300 Sussex Street | Pewaukee |
| G&G OUTFITTERS INC | Sam Daly | 4901 Forbes Blvd | | Lanham |
| GIANT MERCHANDISING | Anthony Thomspon | 5655 Union Pacific Avenue | | Commerce |
| H3,LLC | Janet Sarchett | 9006 A Perimeter Woods Dr. | | Charlotte |
| ICO STORE LLC | Tom Meissner | 2249 W Fairmont Drive Suite 3 | | Tempe |
| INGEAR, FASHIONS INC | Jacob Levy | 16085 NW 52nd Avenue | | Miami |
| IOWA ROTOCAST PLASTICS | Jeremy Fahey | P.O. Box 320 | 1712 Moellers Drive | Decorah |
| JCORP INC | Allan Rosen | 95 Gince St | | St Lawrent |
| MY BEER GEAR INC | Brad Sparling | 4474 Blakie Road | Suite 123 | London |
| | | | | |
| OMNI SOURCE MARKETING INC. | Sue Aufmuth | 7946 Pendleton Pike | | Indianapolis |
| THE SPORTS TEAM B.B. J. INC. D/B/A | John Chuchill | 140 Elliott Street | | Beverly |
| TREASURE COAST MARKETING INC. | Jim Westenhaver | 3731 Oleander Avenue | STE 105 | Ft Pierce |

| STATE | ZIP | | PHONE | FAX | E-MAIL |
|-------|-----|--|-------|-----|--------|
| TX | 78260 | | 210-602-3072 | 210-568-2777 | michael.reininger@acmeapparel.com |
| WI | 53188 | | 800-233-7287 | 414-535-4890 | kmanke@boelter.com |
| TX | 78233 | | 210-657-1556 | 210-657-0677 | Patty@usher-mints.com |
| ON | L2M 3Y1 | Canada | 905-688-6100 | 905-688-1167 | amberl@calhounsportswear.com |
| NY | 10001 | | 212-868-2590 | 212-868-1531 | tara@concept1.com |
| WI | 53072 | | 800-729-0879 | 262-746-9607 | chuck@disvet.com |
| MD | 20706 | | 301-731-2099 | 301-731-5199 | SDALY@ggoutfitters.com |
| CA | 90022 | | 323-887-3300 | 323-887-3347 | anthony.thompson@giant-merch.com |
| NC | 28216 | | 704-921-4785 | 704-921-5628 | jsarchett@h3sportgear.com |
| AZ | 85282 | | 602-431-1057 | 602-431-4678 | tom@icostore.com |
| FL | 33014 | | 305-830-2900 | 305-830-2990 | jacob@ingear.com |
| IA | 52101 | | 800-553-0050 | 563-382-3016 | jeremy@irpinc.com |
| QC | H4N1J7 | Canada | 514-384-3872 | 514-384-7531 | arosen@jcorp.ca |
| ON | N6L 1G6 | | 519-851-4460 | 519-652-9546 | bsparling@mybeergear.com |
| | | | | | |
| IN | 46226 | | 800-536-1235 | 317-547-9740 | saufmuth@omnisourcemarketing.com |
| MA | 1915 | | 800-606-1090 | 978-524-8801 | jon@thesportsteam.com |
| FL | 34982 | | 772-460-6677 | 772-460-8858 | JIMWTCA@aol.com |

**PRODUCTS**

Barbaque accessories, display enhancers, beach accessories, umbrella, chairs, hammocks, sports accessories (balls, bikes, golf, bags

Cups, Coasters, napkins, buckets, GIfl Packs

Mints

T-Shirts, Sweatshirts, Hats, Nightwear,Swim suits, mugs, shoot glasses, lanyards, folding chairs,  shorts, skirts

Headwear-Hats, Beanies,  Bags Umbrellas

Golf Bags, shirts, Tee-s and accessories

Bottle Openers, Coolers, Pens, Golf Accessories, Wait staff Apron, hats

T-Shirts, Board Shorts, Swimwear

Mens and Womens' T-shirts, Sunglasses, Metal Can Insulator, Cell phone Holder, Lighters,

Golf Apparel Promotional Items, Key Chains, Pens, Electronics, Watches, Wallets, Business cases

Mens and Womens T-shirts, Sweatshirts, Bathing Suits, Sarongs, clocks, buckets, Metal Signs

Plastic Coolers all sizes and shapes

T-shirts, Sweatshirts, Hats, Promotional Items

Mens and Women's T-shirts, Sweatshirts, clothing, bar stools and various promotional litems

T-Shirts, Sweatshirts, CD Case, necklace, Flip-Flops, Bottle Openers, Lanyard, Beach Towel, Cooler, Foosball Table, Poker Table, Pool Table, Golf Accessories, Folding Chair, Umbrella, Canopy

Blankets, T-shirts, promotional items, POS-Promotional Items

T-Shirts, Hats, Sweatshirts, Golfshirts, Sunglasses, neon lights, bar lights, clocks, BBQue Sets, Dartboard, frisbee

| | |
|---|---|
| From: | jruffini@corona.com |
| Sent: | Monday, January 22, 2007 12:30 PM |
| To: | saufmuth@omnisourcemarketing.com; amberl@calhounsportswear.com; jon@thesportsteam.com; SDALY@ggoutfitters.com; jeremy@irpinc.com; Patty@usher-mints.com; jacob@ingear.com; afrija; kmanke@boelter.com; tom@icostore.com; michael.reininger@acmeapparel.com; Tara LaRosa; arosen@jcorp.ca; jruffini@corona.com; mwood@h3sportgear.com; bsparling@mybeergear.com; chuck@disvet.com; brad.coleman@giant-merch.com; JIMWTCA@aol.com |
| Cc: | jfernandez@corona.com |
| Subject: | Marcas Modelo updated Licensee list |

For your information.

Best Regards,


Jean Marie Ruffini
GModelo USA



Licensees database
2007.xls

210-341-2172 x 2033

| COMPANY | CONTACT | ADDRESS | |
|---|---|---|---|
| ACME APPAREL | Mike Reininger | 26614 Virgo Lane | |
| BOELTER BRANDS LLC | Kristina Manke | N22 W23685 Ridgeview Pkwy W | |
| CANDIES & CHOCOLATES dba USHER | Patricia Gonzales | 6017 Randolph Blvd. | |
| CATFISH CALHOUN INC | Amber Bull | 250  E. Bunting Road | |
| CONCEPT ONE ACCESSORIES | Tara La Rosa | 362 Fifth Avenue 2nd Floor | |
| DIS/VET | Chuck Stabenfeldt | PO BOX 67 | 300 Susse> |
| G&G OUTFITTERS INC | Sam Daly | 4901 Forbes Blvd | |
| GIANT MERCHANDISING | Anthony Thomspon | 5655 Union Pacific Avenue | |
| H3,LLC | Janet Sarchett | 9006 A Perimeter Woods Dr. | |
| ICO STORE LLC | Tom Meissner | 2249 W Fairmont Drive Suite 3 | |
| INGEAR, FASHIONS INC | Jacob Levy | 16085 NW 52nd Avenue | |
| IOWA ROTOCAST PLASTICS | Jeremy Fahey | P.O. Box 320 | 1712 Moell· |
| JCORP INC | Allan Rosen | 95 Gince St | |
| MY BEER GEAR INC | Brad Sparling | 4474 Blakie Road | Suite 123 |
| OMNI SOURCE MARKETING INC. | Sue Aufmuth | 7946 Pendleton Pike | |
| THE SPORTS TEAM B.B. J. INC. D/B/A | John Chuchill | 140 Elliott Street | |
| TREASURE COAST MARKETING INC. | Jim Westenhaver | 3731 Oleander Avenue | STE 105 |

| | CITY | STATE | ZIP | | PHONE | FAX |
|---|---|---|---|---|---|---|
| | San Antonio | TX | 78260 | | 210-602-3072 | 210-568-2777 |
| | Waukesha | WI | 53188 | | 800-233-7287 | 414-535-4890 |
| | San Antonio | TX | 78233 | | 210-657-1556 | 210-657-0677 |
| | St. Catharines | ON | L2M 3Y1 | Canada | 905-688-6100 | 905-688-1167 |
| | New York | NY | 10001 | | 212-868-2590 | 212-868-1531 |
| Street | Pewaukee | WI | 53072 | | 800-729-0879 | 262-746-9607 |
| | Lanham | MD | 20706 | | 301-731-2099 | 301-731-5199 |
| | Commerce | CA | 90022 | | 323-887-3300 | 323-887-3347 |
| | Charlotte | NC | 28216 | | 704-921-4785 | 704-921-5628 |
| | Tempe | AZ | 85282 | | 602-431-1057 | 602-431-4678 |
| | Miami | FL | 33014 | | 305-830-2900 | 305-830-2990 |
| ers Drive | Decorah | IA | 52101 | | 800-553-0050 | 563-382-3016 |
| | St Lawrent | QC | H4N1J7 | Canada | 514-384-3872 | 514-384-7531 |
| | London | ON | N6L 1G6 | | 519-851-4460 | 519-652-9546 |
| | Indianapolis | IN | 46226 | | 800-536-1235 | 317-547-9740 |
| | Beverly | MA | 1915 | | 800-606-1090 | 978-524-8801 |
| | Ft Pierce | FL | 34982 | | 772-460-6677 | 772-460-8858 |

| E-MAIL |
| --- |
| michael.reininger@acmeapparel.com |
| kmanke@boelter.com |
| Patty@usher-mints.com |
| amberl@calhounsportswear.com |
| tara@concept1.com |
| chuck@disvet.com |
| SDALY@ggoutfitters.com |
| anthony.thompson@giant-merch.com |
| jsarchett@h3sportgear.com |
| tom@icostore.com |
| jacob@ingear.com |
| jeremy@irpinc.com |
| arosen@jcorp.ca |
| bsparling@mybeergear.com |
| saufmuth@omnisourcemarketing.com |
| jon@thesportsteam.com |
| JIMWTCA@aol.com |

| PRODUCTS |
| --- |
| Barbaque accessories, display enhancers, beach accessories, umbrella, chairs, hammocks, sports accessories (b |
| Cups, Coasters, napkins, buckets, GIfl Packs |
| Mints |
| T-Shirts, Sweatshirts, Hats, Nightwear,Swim suits, mugs, shoot glasses, lanyards, folding chairs, shorts, skirts |
| Headwear-Hats, Beanies, Bags Umbrellas |
| Golf Bags, shirts, Tee-s and accessories |
| Bottle Openers, Coolers, Pens, Golf Accessories, Wait staff Apron, hats |
| T-Shirts, Board Shorts, Swimwear |
| Mens and Womens' T-shirts, Headwear, Sunglasses, Metal Can Insulator, Cell phone Holder, Lighters, |
| Golf Apparel Promotional Items, Key Chains, Pens, Electronics, Watches, Wallets, Business cases |
| Mens and Womens T-shirts, Sweatshirts, Bathing Suits, Sarongs, clocks, buckets, Metal Signs |
| Plastic Coolers all sizes and shapes |
| T-shirts, Sweatshirts, Hats, Promotional Items |
| Mens and Women's T-shirts, Sweatshirts, clothing, bar stools and various promotional litems |
| T-Shirts, Sweatshirts, CD Case, necklace, Flip-Flops, Bottle Openers, Lanyard, Beach Towel, Cooler, Foosball Tat |
| Blankets, T-shirts, promotional items, POS-Promotional Items |
| T-Shirts, Hats, Sweatshirts, Golfshirts, Sunglasses, neon lights, bar lights, clocks, BBQue Sets, Dartboard, frisbee |

| | | | | | | |
|---|---|---|---|---|---|---|
| alls, bikes, golf, bags | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| ple, Poker Table, Pool Table, Golf Accessories, Folding Chair, Umbrella, Canopy | | | | | | |
| | | | | | | |
| | | | | | | |

**From:**         jruffini@corona.com
**Sent:**         Monday, January 22, 2007 3:25 PM
**To:**           Tara LaRosa
**Subject:**      Re: FW: Marcas Modelo updated Licensee list

Done!

Jean Marie Ruffini
Marketing Manager
G Modelo USA, LLC
jruffini@corona.com

"Tara LaRosa" <tara@concept1.com>

01/22/2007 01:07 PM To

<jruffini@corona.com>

cc
Subject

FW: Marcas Modelo updated Licensee list

Hi Jean Marie,

I looked at the attached spread sheet and I noticed that for products that
flip flops and T-shirts are missing form the products that we are able to
create.  Please revise on your end to reflect this.

Thanks and have a fabulous day!

Tara

Tara Renée La Rosa

Licensing Coordinator

Concept One Accessories

P. 212.868.2590 x150

F. 212.868.1531

-----Original Message-----
From: jruffini@corona.com [mailto:jruffini@corona.com]
Sent: Monday, January 22, 2007 12:30 PM
To: saufmuth@omnisourcemarketing.com; amberl@calhounsportswear.com;
jon@thesportsteam.com; SDALY@ggoutfitters.com; jeremy@irpinc.com; Patty@usher-
mints.com; jacob@ingear.com; afrija; kmanke@boelter.com; tom@icostore.com;

michael.reininger@acmeapparel.com; Tara LaRosa; arosen@jcorp.ca;
jruffini@corona.com; mwood@h3sportgear.com; bsparling@mybeergear.com;
chuck@disvet.com; brad.coleman@giant-merch.com; JIMWTCA@aol.com
Cc: jfernandez@corona.com
Subject: Marcas Modelo updated Licensee list

For your information.

Best Regards,


Jean Marie Ruffini
GModelo USA
210-341-2172 x 2033


" Este mensaje es confidencial.  Si usted no es el destinatario de este mensaje, le suplicamos se lo notifique al remitente
mediante un correo electrónico y que borre el presente mensaje y sus anexos de su computadora sin retener copia de los mismos.
No debe copiar este mensaje o usario para cualquier propósito ni divulgar su contenido.  Muchas gracias.

This e-mail is confidential and may also be privileged. If you are not the intended recipient please immediately advise the sender by
reply e-mail and delete this message and its attachments from your computer without retaining a copy. You should not copy it or
use it for any purpose nor disclose its contents to any other person. Thank you. "

 

Licensees database Licensees database
2007.xls          2007.xls

| COMPANY | CONTACT | ADDRESS | | CITY |
|---|---|---|---|---|
| ACME APPAREL | Mike Reininger | 26614 Virgo Lane | | San Antonio |
| BOELTER BRANDS LLC | Kristina Manke | N22 W23685 Ridgeview Pkwy W | | Waukesha |
| CANDIES & CHOCOLATES dba USHER | Patricia Gonzales | 6017 Randolph Blvd. | | San Antonio |
| CATFISH CALHOUN INC | Amber Bull | 250 E. Bunting Road | | St. Catharines |
| **CONCEPT ONE ACCESSORIES** | **Tara La Rosa** | **362 Fifth Avenue 2nd Floor** | | **New York** |
| DIS/VET | Chuck Stabenfeldt | PO BOX 67 | 300 Sussex Street | Pewaukee |
| G&G OUTFITTERS INC | Sam Daly | 4901 Forbes Blvd | | Lanham |
| GIANT MERCHANDISING | Anthony Thomspon | 5655 Union Pacific Avenue | | Commerce |
| H3,LLC | Janet Sarchett | 9006 A Perimeter Woods Dr. | | Charlotte |
| ICO STORE LLC | Tom Meissner | 2249 W Fairmont Drive Suite 3 | | Tempe |
| INGEAR, FASHIONS INC | Jacob Levy | 16085 NW 52nd Avenue | | Miami |
| IOWA ROTOCAST PLASTICS | Jeremy Fahey | P.O. Box 320 | 1712 Moellers Drive | Decorah |
| JCORP INC | Allan Rosen | 95 Gince St | | St Lawrent |
| MY BEER GEAR INC | Brad Sparling | 4474 Blakie Road | Suite 123 | London |
| OMNI SOURCE MARKETING INC. | Sue Aufmuth | 7946 Pendleton Pike | | Indianapolis |
| THE SPORTS TEAM B.B. J. INC. D/B/A | John Chuchill | 140 Elliott Street | | Beverly |
| TREASURE COAST MARKETING INC. | Jim Westenhaver | 3731 Oleander Avenue | STE 105 | Ft Pierce |

| STATE | ZIP | | | | EMAIL |
|-------|-----|---|---|---|-------|
| TX | 78260 | | 210-602-3072 | 210-568-2777 | michael.reininger@acmeapparel.com |
| WI | 53188 | | 800-233-7287 | 414-535-4890 | kmanke@boelter.com |
| TX | 78233 | | 210-657-1556 | 210-657-0677 | Patty@usher-mints.com |
| ON | L2M 3Y1 | Canada | 905-688-6100 | 905-688-1167 | amberl@calhounsportswear.com |
| **NY** | **10001** | | **212-868-2590** | **212-868-1531** | **tara@concept1.com** |
| WI | 53072 | | 800-729-0879 | 262-746-9607 | chuck@disvet.com |
| MD | 20706 | | 301-731-2099 | 301-731-5199 | SDALY@ggoutfitters.com |
| CA | 90022 | | 323-887-3300 | 323-887-3347 | anthony.thompson@giant-merch.com |
| NC | 28216 | | 704-921-4785 | 704-921-5628 | jsarchett@h3sportgear.com |
| AZ | 85282 | | 602-431-1057 | 602-431-4678 | tom@icostore.com |
| FL | 33014 | | 305-830-2900 | 305-830-2990 | jacob@ingear.com |
| IA | 52101 | | 800-553-0050 | 563-382-3016 | jeremy@irpinc.com |
| QC | H4N1J7 | Canada | 514-384-3872 | 514-384-7531 | arosen@jcorp.ca |
| ON | N6L 1G6 | | 519-851-4460 | 519-652-9546 | bsparling@mybeergear.com |
| | | | | | |
| IN | 46226 | | 800-536-1235 | 317-547-9740 | saufmuth@omnisourcemarketing.com |
| MA | 1915 | | 800-606-1090 | 978-524-8801 | jon@thesportsteam.com |
| FL | 34982 | | 772-460-6677 | 772-460-8858 | JIMWTCA@aol.com |

**PRODUCTS**

Barbaque accessories, display enhancers, beach accessories, umbrella, chairs, hammocks, sports accessories (balls, bikes, golf, bags

Cups, Coasters, napkins, buckets, Glfl Packs

Mints

T-Shirts, Sweatshirts, Hats, Nightwear,Swim suits, mugs, shoot glasses, lanyards, folding chairs, shorts, skirts

**Headwear-Hats, Beanies, Bags Umbrellas**

Golf Bags, shirts, Tee-s and accessories

Bottle Openers, Coolers, Pens, Golf Accessories, Wait staff Apron, hats

T-Shirts, Board Shorts, Swimwear

Mens and Womens' T-shirts, Headwear, Sunglasses, Metal Can Insulator, Cell phone Holder, Lighters,

Golf Apparel Promotional Items, Key Chains, Pens, Electronics, Watches, Wallets, Business cases

Mens and Womens T-shirts, Sweatshirts, Bathing Suits, Sarongs, clocks, buckets, Metal Signs

Plastic Coolers all sizes and shapes

T-shirts, Sweatshirts, Hats, Promotional Items

Mens and Women's T-shirts, Sweatshirts, clothing, bar stools and various promotional litems

T-Shirts, Sweatshirts, CD Case, necklace, Flip-Flops, Bottle Openers, Lanyard, Beach Towel, Cooler, Foosball Table, Poker Table, Pool Table, Golf Accessories, Folding Chair, Umbrella, Canopy

Blankets, T-shirts, promotional items, POS-Promotional Items

T-Shirts, Hats, Sweatshirts, Golfshirts, Sunglasses, neon lights, bar lights, clocks, BBQue Sets, Dartboard, frisbee

## Neith Sanyika

| | |
|---|---|
| **From:** | Sam Hafif |
| **Sent:** | Monday, February 05, 2007 5:58 PM |
| **To:** | 'jfernandez@corona.com' |
| **Cc:** | John Astleford |
| **Subject:** | RE: Attachments marcas Modelo |

Hi Juan,

Nice meeting with you today.  Thanks for the documents.

Let me know when you'd like to come to our booth at Magic, we are ST30641.  It is in the Streetwear section.

I'm attaching an invitation to our party.  Let me know if you have time for dinner one night.

Speak to you soon.

Sam

---

**From:** jfernandez@corona.com [mailto:jfernandez@corona.com]
**Sent:** Monday, February 05, 2007 2:50 PM
**To:** Sam Hafif
**Subject:** Attachments marcas Modelo

Documents attached.

## Neith Sanyika

**From:** jfernandez@corona.com
**Sent:** Monday, February 05, 2007 2:50 PM
**To:** Sam Hafif
**Subject:** Attachments marcas Modelo

Documents attached.


DEFENDANT'S
EXHIBIT

11/8/2007

ROYALTY REPORT TO MARCAS MODELO, S.A. DE C.V.
PERIOD: (Month and Year)_____
LICENSEE:_____
LICENSEE NUMBER :_____

| PRODUCT CATEGORY (1) | PRODUCT NAME OR ITEM DESCRIPTION (2) | LICENSEE PRODUCT NUMBER (3) | MARCAS MODELO ID NUMBER (4) | BRAND (5) | CUSTOMER NAME (6) | TYPE OF CUSTOMER (7) | PRICE / UNIT (8) | TOTAL UNITS (9) | TOTAL SALE (10) | LESS RETURNS / DISCOUNTS (11) | NET SALE (12) | ROYALTY RATE (13) | ROYALTY AMOUNT OWED (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total | | | | | | | | - | $ - | $ - | $ - | | $ - |

| | |
|---|---|
| AMR BALANCE PREVIOUS WITHHELD (15) | |
| ROYALTY (16) | $ - |
| WITHHELD 10% (17) | $ - |
| ROYALTY PAYMENT (18) | $ - |

1: Kind of item for example: Caps, T-shirts, shorts, key chain, etc.
2: The name or description for the product.
3: Licensee item # or code for the catalog products.
4: Marcas Modelo ID number (Creative Details # XXXXXXXXXXXXXXX ).
5: Kind of brand for example: Corona, Corona Light, Modelo Especial, Pacifico, Negra Modelo.
6: Name of the customer you sold the product to.
7: Please put, if the customer is a Retailer, a Wholesaler (above retail level, no beer distributor) or a Beer Distributor.
8: Price per unit that you gave to your customer.
9: Total of units that you sold to your customer.
10: Total sale = Price per unit (concept 8) multiply by Total units (concept 9).
11: If you gave the customer any discounts or if the item was returned.
12: Net sales = Total sale (concept 10) less returns or discounts (concept 11).
13: Royalty rate you applied to this sale (according to your licensee agreement).
14: Royalty amount owed = Net sale (concept 12) multiply by the royalty rate (concept 13).
15: If you have any balance from your advance payment (AMR), put the amount here previous the withheld.
16: Royalty = Royalty amount owed (concept 14) less AMR balance (concept 15).
17: Withheld = Royalty (concept 16) multiply 10%.
18: Royalty payment = Royalty (concept 16) less Withheld (concept 17).

Name and signature.

