UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

CERVECERIA MODELO, S.A. DE C.V. and

MARCUS MODELO, S.A. DE C.V.,

                    Plaintiffs,


         -against-            07 CV 7998


USPA ACCESSORIES LLC d/b/a.

CONCEPT ONE ACCESSORIES,

                    Defendant.

------------------------------------------x


                 42 West 38th Street

                 New York, New York

                 March 31, 2008

                 10:13 A.M.



    DEPOSITION of JEAN MARIE RUFFINI, the Witness
appearing on behalf of the Plaintiff herein, taken
pursuant to Notice, and held at the above time and
place before Susan Marrone, a stenotype reporter and
Notary Public of the State of New York.


# GEMINI REPORTING AGENCY, INC.

560 MAIN STREET, SUITE 2B
ISLIP, NY 11751
(631) 224-8800

```
1                    JEAN MARIE RUFFINI
2          dated November 1st, 2006 between Jean Marie
3          Ruffini and Sam Hafif, marked for
4          Identification.)
5          Q      Does this refresh your recollection
6      that on November 1st, 2006 Sam Hafif wrote to you
7      and said, quote, noticed bags fell out of the
8      contract; do you see that?
9          A      Yes.
10         Q      Does that refresh your recollection
11     that Sam commented to you about the bags in
12     November of 2006?
13         A      Yes.
14         Q      Did you also notice that bags had
15     fallen out of the contract?
16         A      No.
17         Q      What did you do when you received Sam's
18     e-mail?
19         A      I don't recall probably talked to Juan
20     and said we think -- I think -- I think.
21         Q      When you say Juan, you mean Juan
22     Fernandez?
23         A      Yes.
24         Q      And, in fact, did you respond in the
25     e-mail immediately above quote, Hi, Sam, I think
```

110

```
1                      JEAN MARIE RUFFINI

2         we can add these in Exhibit B and e-mail to you;

3         do you see that?

4              A     Yes.

5              Q     Are you referring -- when you say the

6         word "these," are you referring to bags?

7              A     Yes.

8              Q     And does Exhibit B refer to the last

9         page of Exhibit 17?

10             A     Yes.

11             Q     Miss Ruffini, was it, in fact, your

12        understanding that bags had been added to Concept

13        One's license?

14             A     I don't know.

15                   MR. TOKAYER:  Off the record.

16                   (Discussion held off the record.)

17      ***(TESTIMONY FROM PAGE 110, LINE 17 THROUGH PAGE 114,

18      LINE 11 HAS BEEN EXTRACTED AND PLACED UNDER

19      SEPARATE COVER FOR CONFIDENTIALITY UNDER PROTECTIVE

20      ORDER.)

21

22

23

24

25
```

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

--------------------------------------------X

CERVECERIA MODELO, S.A. DE C.V. and MARCAS

MODELO S.A. DE C.V.,

              Plaintiffs,

                         Index No.

        -against-       07 CV 7998

USPA ACCESSORIES LLC d/b/a CONCEPT ONE

ACCESSORIES,

              Defendant.

--------------------------------------------X

                666 Fifth Avenue

                New York, New York

                July 25, 2008

                9:47 a.m.

     EXAMINATION BEFORE TRIAL of MODELO, the

Plaintiff herein, by JOSE PARES, taken by

the Defendant, pursuant to Order, held at

the above-noted time and place, before KAREN

GOLDSTEIN, a Notary Public of the State of

New York.

GEMINI REPORTING AGENCY, INC.    560 MAIN STREET, SUITE 2B
ISLIP, NY 11751
(631) 224-8800

```
1                    JOSE PARES

2   to affix the Corona brand to flip-flops?

3              THE WITNESS:  Could you read the

4       question again, please?

5              (Whereupon, the record was read

6       as requested.)

7       A     Not that I recall.

8       Q     Now, I'll just asking you to

9   compare the two licenses that I just showed

10  you, the 2007, which is Exhibit 17 and

11  Exhibit 1, which is the 2004 license.  Okay?

12      A     Mmhmm.

13      Q     And you'll see that Exhibit 1

14  has bags and Exhibit 17 does not have bags.

15  Do you see that?

16      A     Mmhmm.

17      Q     In 2006 --

18      A     Yes?

19      Q     -- did Mr. Fernandez ask you

20  whether bags could be added to Concept One's

21  license for 2007?

22      A     Not that I recall.

23      Q     Did Jean Marie Ruffini?

24      A     Not that I recall.

25      Q     Did you know that Concept One
```

2    had asked to have bags added to its 2007

5         Q      Would you have had any problems

6    adding bags to Concept One's 2007 license?

7         A      It would depend if it delivers

8    what I am looking for in terms of building

9    the brand.

10        Q      I'm not talking about the

11   design.

12        A      No, no, no.

13        Q      I mean just the category.  Did

14   you have any problems affixing the Corona

15   mark to bags for 2007?

16        A      To bags, in general?

17        Q      Yes.

18        A      No.

19        Q      Do you know of any licensees who

20   had bags in 2006, who were not being renewed

21   to continue for 2007?

22               THE WITNESS:  Read the question

23        again, please.

24               (Whereupon, the record was read

25        as requested.)

```
 1                    JOSE PARES
 2        A      I don't recall that.  I don't
 3   remember that part.
 4        Q      Let me show you what has been
 5   previously marked as Exhibit 18.  It's a
 6   string of e-mails from Mr. Hafif to Jean
 7   Marie Ruffini and then a response.  I'm just
 8   going to ask you whether or not you ever saw
 9   Exhibit 18 before today.
10        A      This is the first time that I
11   see this paper.
12        Q      That's my question.  Seeing
13   Exhibit 18, does that refresh your
14   recollection as to anything with respect to
15   the subject matter of Exhibit 18, Sam's
16   request to add bags to the license for 2007?
17        A      As I told you, this is the first
18   time that I see this.  And no, I don't
19   recall talking about the specifics between
20   Concept One and bags.
21             MR. SAUNDERS:  Off the record.
22             (Whereupon, a discussion was
23        held off the record.)
24        Q      Are you familiar with a company
25   called Bioworld?
```