Marcas Modelo (USA) • Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070309013 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 3/12/2007 10:17 AM | |
| 2 | Juan Fernandez | Not Approved | 3/12/2007 11:07 AM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

| | |
|---|---|
| Submitted | 03/09/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO5002 |
| Description | logo print backsac |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Label |
| Item Name | Accessories |
| Color | Black |
| Slogan | N/A |
| Priority | Med |
| Instructions | Category not licensed |
| Creative Status | Not Approved |

IMAGE(S)

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

None Found

**CONFIDENTIAL**
**MODELO 05917**

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070309013        02/04/200

• Marcas Modelo (USA) •   Welcome, Darren Saunders   |   Edit Profile   |   Logo

HOME   |   CREATIVE   |   CATALOGS   |   SALES REPORTS   |   DOWNLOADS   |   MESSAGES   |   LICENSEES   |   ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070309021 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

Creative Status: Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 3/12/2007 10:28 AM | |
| 2 | Juan Fernandez | Not Approved | 3/12/2007 11:05 AM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

| | |
|---|---|
| Submitted | 03/09/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9030 |
| Description | co9030 - basic backsac |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Label |
| Item Name | Accessories |
| Color | Pink |
| Slogan | N/A |
| Priority | Med |
| Instructions | Category not licensed |
| Creative Status | Not Approved |

IMAGE(S)

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

None Found

CONFIDENTIAL
MODELO 05901

...corona.com/admin/creative/detail.php?design_code=000720070309021       02/04/2008

• Marcas Modelo (USA) •   Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070309023 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

Creative Status: Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 3/12/2007 10:30 AM | |
| 2 | Juan Fernandez | Not Approved | 3/12/2007 11:04 AM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 03/09/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9047 |
| Description | co9047 - burlap tote |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Label |
| Item Name | Accessories |
| Color | natural |
| Slogan | N/A |
| Priority | Med |
| Instructions | Category not licensed |
| Creative Status | Not Approved |

View Larger

## CONTACT HISTORY

None Found

RELATED RECORDS

None Found

**CONFIDENTIAL
MODELO 05897**

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070309023    02/04/20

Creative Details #000720070314020 (CONCEPT ONE ACCESSORIES) Page 1 of 2

• Marcas Modelo (USA) • Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Repo

### Creative Details #000720070314020 (CONCEPT ONE ACCESSORIES)

**APPROVAL FLOW**

**Creative Status:** Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 3/15/2007 10:09 AM | |
| 2 | Juan Fernandez | Approved | 3/20/2007 5:33 PM | |
| 3 | Jorge Perez | Not Approved | 3/22/2007 12:00 PM | |
| 4 | Jose Pares or Carlos Fernandez | | | |

**DETAILS**

| | |
|---|---|
| Submitted | 03/14/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9048 |
| Description | co9048 - burlap tote |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | n |
| Slogan | N/A |
| Priority | Med |
| Creative Status | Not Approved |

**IMAGE(S)**

View Larger

**CONTACT HISTORY**

None Found

**RELATED RECORDS**

None Found

CONFIDENTIAL
MODELO 05741

• Marcas Modelo (USA) •   Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070413082 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 4/13/2007 2:31 PM | |
| 2 | Juan Fernandez | Not Approved | 4/17/2007 4:07 PM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 04/13/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9054 |
| Description | CO9054-double hand tote |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | Brown |
| Slogan | N/A |
| Priority | Med |
| Notes | Please note that style CO9054 is part of Spencer's priority merchandise list. |
| Creative Status | Not Approved |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

None Found

CONFIDENTIAL
MODELO 05070

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070413082   02/01/200

• Marcas Modelo (USA) •   Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070309028 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

Creative Status: Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 3/12/2007 10:33 AM | |
| 2 | Juan Fernandez | Not Approved | 3/12/2007 11:04 AM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

| | |
|---|---|
| Submitted | 03/09/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9068N |
| Description | co9068 nylon backsac |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Label |
| Item Name | Accessories |
| Color | Blue |
| Slogan | N/A |
| Priority | Med |
| Instructions | Category not licensed |
| Creative Status | Not Approved |

IMAGE(S)

View Larger

CONTACT HISTORY

None Found

RELATED RECORDS

None Found

CONFIDENTIAL
MODELO 0588

• Marcas Modelo (USA) •   Welcome, Darren Saunders  |  Edit Profile  |  Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Repo

Creative Details #000720070309029 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

Creative Status: Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 3/12/2007 10:33 AM | |
| 2 | Juan Fernandez | Not Approved | 3/12/2007 10:48 AM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

| | |
|---|---|
| Submitted | 03/09/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9068p |
| Description | co9068 - nylon backsac |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Label |
| Item Name | Accessories |
| Color | Pink |
| Slogan | N/A |
| Priority | Med |
| Instructions | Not a licensed category |
| Creative Status | Not Approved |

IMAGE(S)

View Large

## CONTACT HISTORY

None Found

RELATED RECORDS

None Found

CONFIDEN
MODELO 0

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070309029      02/04/2

• Marcas Modelo (USA) •   Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070309030 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

Creative Status: Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 3/12/2007 10:35 AM | |
| 2 | Juan Fernandez | Not Approved | 3/12/2007 10:47 AM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 03/09/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9068W |
| Description | co9068 nylon backsac |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Label |
| Item Name | Accessories |
| Color | White |
| Slogan | N/A |
| Priority | Med |
| Instructions | Not a licensed category |
| Creative Status | Not Approved |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

None Found

CONFIDENTIAL
MODELO 0588

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070309030        02/04/2

• Marcas Modelo (USA) •   Welcome, Darren Saunders  |  Edit Profile  |  Logout

HOME  |  CREATIVE  |  CATALOGS  |  SALES REPORTS  |  DOWNLOADS  |  MESSAGES  |  LICENSEES  |  ADMINS

# CREATIVE DETAILS

List Creative | Report

Creative Details #000720070221003 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

Creative Status: Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 2/22/2007 12:10 PM | |
| 2 | Juan Fernandez | Not Approved | 2/22/2007 2:07 PM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 02/21/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9072 |
| Description | co9072 - hibiscus printed tote |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | Beige |
| Slogan | N/A |
| Priority | Med |
| Instructions | One item per submission/ Black and Pink do not resubmitt |
| Creative Status | Not Approved |

View Larger

CONTACT HISTORY

RELATED RECORDS

CONFIDENTIA
MODELO 0640

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070221003     02/0

• Marcas Modelo (USA) •   Welcome, Darren Saunders  |  Edit Profile  |  Logo

HOME  |  CREATIVE  |  CATALOGS  |  SALES REPORTS  |  DOWNLOADS  |  MESSAGES  |  LICENSEES  |  ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070413097 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 4/13/2007 2:44 PM | |
| 2 | Juan Fernandez | Not Approved | 4/17/2007 4:06 PM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

## IMAGE(S)



| | |
|---|---|
| Submitted | 04/13/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9072 |
| Description | pink hobo hangbag with hisbiscus print |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | Pink |
| Slogan | N/A |
| Priority | Med |
| Notes | this is part of Spencer's priority merchandise list. |
| Creative Status | Not Approved |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

None Found

CONFIDENTIA
MODELO 050

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070413097        02/01/200