• Marcas Modelo (USA) •    Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070413108 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 4/16/2007 10:01 AM | |
| 2 | Juan Fernandez | Not Approved | 4/17/2007 4:05 PM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

| | |
|---|---|
| Submitted | 04/13/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9072BI |
| Description | CO9072 - Black hobo handbag w hibiscus print |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | Black |
| Slogan | N/A |
| Priority | Med |
| Notes | this is part of Spencer's priority merchandise list. |
| Creative Status | Not Approved |

IMAGE(S)

View Larger

## CONTACT HISTORY
None Found

## RELATED RECORDS
None Found

CONFIDENTIAL
MODELO 05040

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070413108          02/01/2008

Creative Details #000720070221005 (CONCEPT ONE ACCESSORIES)    Page 1 of 2

• Marcas Modelo (USA) •    Welcome, Darren Saunders | Edit Profile | Logout

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Report

Creative Details #000720070221005 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

Creative Status: Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 2/22/2007 12:11 PM | Juan not sure.... |
| 2 | Juan Fernandez | Not Approved | 2/22/2007 2:06 PM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 02/21/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9074 |
| Description | co9074 - hibiscus hobo |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Hibiscus |
| Item Name | Accessories |
| Color | Beige |
| Slogan | N/A |
| Priority | Med |
| Instructions | Only one item per submission/ Green and Black do not submitt |
| Creative Status | Not Approved |

View Larger

CONTACT HISTORY    RELATED RECORDS

CONFIDENTIAL
MODELO 0640?

https://license-corona.com/admin/creative/detail.php?design_code=000720070221005    02/0

• Marcas Modelo (USA) •   Welcome, Darren Saunders  | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070412117 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Not Approved

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 4/13/2007 2:35 PM | |
| 2 | Juan Fernandez | Not Approved | 4/17/2007 2:51 PM | |
| 3 | Jorge Perez | | | |
| 4 | Jose Pares or Carlos Fernandez | | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 04/12/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9083 |
| Description | CO9083-Canvas Tote w/Side Pockets |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | White |
| Slogan | N/A |
| Priority | Med |
| Notes | submitting new art for style CO9083 |
| Instructions | Image not clear |
| Creative Status | Not Approved |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

None Found

**CONFIDENTIAL**
**MODELO 0516**

02/01/200

• Marcas Modelo (USA) •    Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070413104 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Awaiting Review

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 4/16/2007 10:01 AM | |
| 2 | Juan Fernandez | Approved | 4/17/2007 4:06 PM | |
| 3 | Jorge Perez | Approved | 5/3/2007 11:11 AM | |
| 4 | Jose Pares | Awaiting Review | | |
| | or Carlos Fernandez | Awaiting Review | | |

## DETAILS

| | |
|---|---|
| Submitted | 04/13/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9083 |
| Description | tote bag |
| Brand | Corona Extra |
| Product Type | Image |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | Brown |
| Slogan | N/A |
| Priority | Med |
| Notes | this is part of Spencer's priority merchandise list. |
| Creative Status | Pending |

## IMAGE(S)

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

None Found

**CONFIDENTIAL**
**MODELO 05046**

Creative Details #000720070718010 (CONCEPT ONE ACCESSORIES)    Page 1 of 2

• Marcas Modelo (USA) •   Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070718010 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Awaiting Review

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 8/8/2007 12:39 PM | |
| 2 | Juan Fernandez | Awaiting Review | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 07/18/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9085 |
| Description | TOTE W/ LARGE GROMMETS |
| Brand | Corona Extra |
| Product Type | Item & Image |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | Beige |
| Slogan | N/A |
| Priority | High |
| Notes | Submitting New art for style CO9085 |
| Creative Status | Pending |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

| Design Code | Date |
|---|---|
| | 07/18/2007 |

CONFIDENTIAL
MODELO 04448

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070718010    02/01/2008

Creative Details #000720070719026 (CONCEPT ONE ACCESSORIES)   Page 1 of 2

• Marcas Modelo (USA) •   Welcome, Darren Saunders  |  Edit Profile  |  Logo

HOME  |  CREATIVE  |  CATALOGS  |  SALES REPORTS  |  DOWNLOADS  |  MESSAGES  |  LICENSEES  |  ADMINS

# CREATIVE DETAILS

List Creative  |  Repo

Creative Details #000720070719026 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Awaiting Review

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 8/8/2007 5:06 PM | |
| 2 | Juan Fernandez | Awaiting Review | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 07/19/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9086 |
| Description | straw natural tote w/navy pipping |
| Brand | Corona Extra |
| Product Type | Item |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | natural |
| Slogan | N/A |
| Priority | Med |
| Notes | submitting new art for style CO9086 |
| Creative Status | Pending |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

Design Code       Date
                  07/19/2007

CONFIDENTIAL
MODELO 04438

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070719026     02/01/200

• Marcas Modelo (USA) •   Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070719023 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Awaiting Review

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 8/8/2007 5:05 PM | |
| 2 | Juan Fernandez | Awaiting Review | | |

## DETAILS

IMAGE(S)

CO9087

| | |
|---|---|
| Submitted | 07/19/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Rel # | CO9087 |
| Description | hobo bag |
| Brand | Corona Extra |
| Product Type | Item |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | Navy |
| Slogan | N/A |
| Priority | High |
| Notes | submitting new art for sytle CO9087 |
| Creative Status | Pending |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

| Design Code | Date |
|---|---|
| | 07/19/2007 |

CONFIDENTIAL
MODELO 04444

• Marcas Modelo (USA) •   Welcome, Darren Saunders   | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

[ List Creative ]   [ Rep ]

Creative Details #000720070719024 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Awaiting Review

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 8/8/2007 5:05 PM | |
| 2 | Juan Fernandez | Awaiting Review | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 07/19/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9088 |
| Description | bag w/screenprinted logo |
| Brand | Corona Extra |
| Product Type | Item |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | Pink |
| Slogan | N/A |
| Priority | High |
| Notes | submitting new art for style CO9088 |
| Creative Status | Pending |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

| Design Code | Date |
|---|---|
| | 07/19/2007 |

CONFIDENTIAL
MODELO 04442

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070719024   02/01/200

• Marcas Modelo (USA) •   Welcome, Darren Saunders | Edit Profile | Logo

HOME | CREATIVE | CATALOGS | SALES REPORTS | DOWNLOADS | MESSAGES | LICENSEES | ADMINS

# CREATIVE DETAILS

List Creative | Rep

Creative Details #000720070719025 (CONCEPT ONE ACCESSORIES)

## APPROVAL FLOW

**Creative Status:** Awaiting Review

| Step | Approver | Status | Date | Note |
|---|---|---|---|---|
| 1 | Jean Marie Ruffini | Approved | 8/8/2007 5:05 PM | |
| 2 | Juan Fernandez | Awaiting Review | | |

## DETAILS

IMAGE(S)

| | |
|---|---|
| Submitted | 07/19/2007 |
| Company | CONCEPT ONE ACCESSORIES |
| Posted By | Tara La Rosa |
| Ref # | CO9088 |
| Description | bag w/screenprinted logo |
| Brand | Corona Extra |
| Product Type | Item |
| Core Image | Logo Elements |
| Item Name | Accessories |
| Color | cream |
| Slogan | N/A |
| Priority | Med |
| Notes | submitting new art for style CO9088 |
| Creative Status | Pending |

View Larger

## CONTACT HISTORY

None Found

## RELATED RECORDS

| Design Code | Date |
|---|---|
| | 07/19/2007 |

CONFIDENTIAL
MODELO 0444(

https://licensee.corona.com/admin/creative/detail.php?design_code=000720070719025     02/01/200