1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

------------------------------------------X

CERVECERIA MODELO, S.A. DE C.V. and MARCAS
MODELO S.A. DE C.V.,

       Plaintiffs,

                           Index No.

    -against-        07 CV 7998

USPA ACCESSORIES LLC d/b/a CONCEPT ONE
ACCESSORIES,

       Defendant.

------------------------------------------X

              666 Fifth Avenue

              New York, New York

              July 25, 2008

              9:47 a.m.

      EXAMINATION BEFORE TRIAL of MODELO, the
Plaintiff herein, by JOSE PARES, taken by
the Defendant, pursuant to Order, held at
the above-noted time and place, before KAREN
GOLDSTEIN, a Notary Public of the State of
New York.

```
                         JOSE PARES
 1     reviewed it yet, correct?
 2
 3        A    Yes.
 4        Q    Correct?
 5        A    Yes, correct.
 6        Q    Now, do you know why you didn't
 7     review this particular design?
 8        A    As I told you, my approval
 9     involvement was just in March, okay?  Late
10     March.  And the date here it's -- if I'm not
11     wrong -- it's May 2nd.  So I wasn't part of
12     that.
13        Q    I guess if you look under
14     "Details" it says submitted April 10, 2007.
15     Do you see that?
16        A    April 10th -- yes.
17        Q    Just so I understand, any design
18     that would have been submitted after the end
19     of March, would have not been reviewed by
20     you.
21        A    No.  And I shouldn't be part of
22     that approval process.
23        Q    So that was my mistake again.
24             MR. TOKAYER:  Read the question
```